IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv181

| | |
|---|---|
| APRIL HALL STACEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Summary Judgment and accompanying Memorandum. [Docs. 21 & 22].

Plaintiff initiated this matter with the filing of a Complaint on May 12, 2009. This Court's Scheduling Order establishing the deadline for filing Plaintiff's dispositive motion and brief as March 31, 2010. [Doc. 15]. Plaintiff did not meet this deadline, and pursuant to an amendment to the Scheduling Order [Doc. 20], Defendant has now made his filings. [Doc. 21 & 22].

**IT IS, THEREFORE, ORDERED** that the Scheduling Order [Doc. 15] as amended [Doc. 20] is further amended to permit Plaintiff to file any responsive memorandum to the Defendant's motion that Plaintiff intends to offer, on or before 14 days after the entry of this Order.

**IT IS SO ORDERED.**

Signed: October 7, 2010

Martin Reidinger
United States District Judge